Certiorari dismissed by Supreme Court, June 30, 2014

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 14-1030**

———

ELLIS HARLEY BARBER,

              Plaintiff - Appellant,

        v.

HOWARD COUNTY CIRCUIT COURT; UNITED STATES SOLICITOR
GENERAL; ATTORNEY GENERAL FOR MARYLAND; TERRY PALMER;
BLANCHE ANNE STALLINGS; CONLEY COMPTON,

              Defendants - Appellees.

———

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Ellen L. Hollander, District Judge.
(1:13-cv-03739-ELH)

———

Submitted:  April 24, 2014            Decided:  April 29, 2014

———

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

Ellis Harley Barber, Appellant Pro Se.

———

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ellis Harley Barber appeals the district court's order dismissing his civil complaint. On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because Barber does not in his informal brief challenge the bases for the district court's disposition, he has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>